**Order entered March 5, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00085-CV

## IN RE DANIEL J. EDELMAN, INC., RELATOR

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. The stay issued by this Court on February 5, 2021 will remain in place until March 12, 2021, and will be lifted at that time unless it is further extended by the Texas Supreme Court.

PER CURIAM